UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

-----------------------------------------------------------x

| | |
|---|---|
| AGILE FUND I, LLC, a Delaware Limited Liability Company, | : |
| Plaintiff, | : |
| - v. - | : |
| OLD ORCHARD BRANDS LLC, a Michigan Limited Liability Company, APPLE VALLEY HOLDINGS, INC., a Michigan Corporation, HOWARD VELTMAN, MARK R. SAUR, individually and as trustee of the MARK R. SAUR TRUST, LISA M. SAUR, individually and as trustee of the LISA M. SAUR TRUST, HILLSBORO ASSOCIATES, LLC, a Michigan Limited Liability Company, ARTHUR S. VELTMAN, and CHARLENE VREDEVELT, | : CIVIL ACTION NO. 1:09-cv-958<br><br>Honorable Janet T. Neff<br>Magistrate Judge: Ellen S. Carmody |
| Defendants, | : |
| And | |
| OLD ORCHARD BRANDS LLC, a Michigan Limited Liability Company, APPLE VALLEY HOLDINGS, INC., a Michigan Corporation, HOWARD VELTMAN, MARK R. SAUR, individually and as trustee of the MARK R. SAUR TRUST, LISA M. SAUR, individually and as trustee of the LISA M. SAUR TRUST, HILLSBORO ASSOCIATES, LLC, a Michigan Limited Liability Company, and CHARLENE VREDEVELT, | : **STIPULATION AND ORDER DISMISSING LAWSUIT WITH PREJUDICE** |
| Third-Party Plaintiffs, | : |
| - v. – | : |
| ALLIED CAPITAL CORPORATION, a Maryland Corporation, and OLD ORCHARD EQUITY CORP., a Delaware Corporation, | : |
| Third-Party Defendants. | : |

## STIPULATION AND ORDER DISMISSING LAWSUIT WITH PREJUDICE

This matter having come before the Court by stipulation among Plaintiff, Defendants, Third Party Plaintiffs, and Third Party Defendants (collectively "the Parties"), the Parties having agreed that Plaintiff's Complaint, Third Party Plaintiffs' Third Party Complaint, Third Party Defendants' Counterclaim, and this case shall all be dismissed with prejudice and without costs as to all claims and counterclaims by all Parties;

IT IS HEREBY ORDERED that Plaintiff's Complaint, Third Party Plaintiffs' Third Party Complaint, and Third Party Defendants' Counterclaim filed in this lawsuit are each DISMISSED WITH PREJUDICE, and that this case will be closed without costs to either Party.

IT IS SO ORDERED.

Dated: July 31, 2012            /s/ Janet T. Neff
                                District Judge Janet T. Neff

**Stipulated and Agreed:**

| /s/Matthew P. Allen | /s/Ronald G. DeWaard |
|---|---|
| Thomas W. Cranmer (P25252) | Ronald G. DeWaard (P44117) |
| Matthew P. Allen (P57914) | Aaron M. Phelps (P64790) |
| Miller, Canfield, Paddock and Stone, PLC | Varnum, Riddering, Schmidt & Howlett, LLP |
| Attorneys for Plaintiff | Attorneys for Defendants and Third Party Plaintiffs |
| 840 W. Long Lake Rd., Suite 200 | Bridgewater Place |
| Troy, MI  48226 | 333 Bridge Street, N.W. |
| | P. O. Box 352 |
| | Grand Rapids, MI  49501-0352 |

/s/David J. Gass
David J. Gass (P34582)
Joseph J. Gavin (P65929)
Miller Johnson
Attorneys for Third Party Defendants
250 Monroe Ave., NW
Suite 800
PO Box 306
Grand Rapids, MI 49501